

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00393-CV

IN RE SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, Relator

§ Original Proceeding

§ 67th District Court of Tarrant County, Texas

§ Trial Court No. 067-325026-21

§ February 18, 2022

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its November 11, 2021 order directing relator Skadden, Arps, Slate, Meagher & Flom LLP to produce the documents identified in that order as categories (1) through (6) pending the special appearance; grant Skadden's motion for protection of these documents pending the special appearance; and deny the real party in interest The Harold E. Riley Foundation's motion to compel production of these documents pending the special

appearance. Because we are confident that the trial court will comply with these directives, the writ will issue only if the trial court fails to do so.

It is further ordered that real party in interest The Harold E. Riley Foundation must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
   Justice Elizabeth Kerr